# WILMERHALE

**Ryan Chabot**

+1 212 295 6302 (t)
+1 212 230 8888 (f)
ryan.chabot@wilmerhale.com

February 6, 2018

The Honorable Michael A. Shipp
United States District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

    Re:    *Sanchez v. JPMorgan Chase & Co.*, 3:17-cv-13767-MAS-LHG (DNJ)

Dear Judge Shipp:

I represent defendants Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A., incorrectly named in the complaint as JPMorgan Chase & Co., in the above mentioned case. I write to advise the Court that all parties have reached a settlement and respectfully request 30 days to prepare and execute the necessary settlement documents and file a stipulation of dismissal with the Court.

Thank you for your attention to this matter.

Very truly yours,

/s/ Ryan Chabot
Ryan Chabot

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington